PROB 22
(Rev. 01/24)

DOCKET NUMBER (Tran. Court)
2:06-CR-00288-GAF-4

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Victor Flores [address redacted] | Central of California | Western |

NAME OF SENTENCING JUDGE: Florence-Marie Cooper

DATES OF SUPERVISED RELEASE: FROM May 18, 2021 TO May 17, 2026

**OFFENSE**
Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Flores intends to remain in the District of Nevada for the entirety of his supervised release.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 21, 2024
Date

/s/ Dolly M. Gee
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 19, 2024
Effective Date

United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Victor Flores

Case No.: 2:06CR00288

### TRANSFER OF JURISDICTION REQUEST

June 17, 2024

TO: United States District Judge

On June 22, 2009, Victor Flores was sentenced in the Central District of California by the Honorable Florence-Marie Cooper to a term of 180 months imprisonment followed by five (5) years of supervised release for committing the offense of Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine. On May 18, 2021, Mr. Flores commenced his supervised release term in the District of Nevada, where he has remained.

Mr. Flores has no intention of returning to the Central District of California. As such, the probation office recommends that the Court accept jurisdiction of the case. As noted, a digital signature on the attached Transfer of Jurisdiction (Prob 22), U.S. District Court Judge Dolly M. Gee has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

If you should have any questions, please contact the undersigned officer (702) 527-7256.

Respectfully submitted,

Digitally signed by Erica Hogans
Date: 2024.06.18 11:10:05 -07'00'

Erica Hogans
US Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2024.06.17 16:28:11 -07'00'

Joy Gabonia
Supervisory United States Probation Officer