| PROB 22 (Rev. 01/24) | DOCKET NUMBER (Tran. Court) 2:06-CR-00288-GAF-4 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central of California | DIVISION Western |
|---|---|---|
| Mr. Victor Flores [address redacted] [address redacted] | NAME OF SENTENCING JUDGE Florence-Marie Cooper | |
| FILED CLERK, U.S. DISTRICT COURT JUN 20 2024 CENTRAL DISTRICT OF CALIFORNIA BY: rsm DEPUTY | DATES OF: SUPERVISED RELEASE | FROM May 18, 2021 | TO May 17, 2026 |

**OFFENSE**
Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Flores intends to remain in the District of Nevada for the entirety of his supervised release.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 21, 2024
Date

[signature] Dolly M. Gee
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 19, 2024
Effective Date

[signature]
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Victor Flores

Case No.:  2:06CR00288

**TRANSFER OF JURISDICTION REQUEST**

June 17, 2024

TO:    United States District Judge

On June 22, 2009, Victor Flores was sentenced in the Central District of California by the Honorable Florence-Marie Cooper to a term of 180 months imprisonment followed by five (5) years of supervised release for committing the offense of Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine. On May 18, 2021, Mr. Flores commenced his supervised release term in the District of Nevada, where he has remained.

Mr. Flores has no intention of returning to the Central District of California. As such, the probation office recommends that the Court accept jurisdiction of the case. As noted, a digital signature on the attached Transfer of Jurisdiction (Prob 22), U.S. District Court Judge Dolly M. Gee has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

If you should have any questions, please contact the undersigned officer (702) 527-7256.

Respectfully submitted,

Digitally signed by Erica Hogans
Date: 2024.06.18 11:10:05 -07'00'

Erica Hogans
US Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2024.06.17 16:28:11 -07'00'

Joy Gabonia
Supervisory United States Probation Officer